JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA WEATHERFORD,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | Case No. 2:16-cv-04909 MWF(RAOx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:16-cv-04909 MWF(RAOx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: October 3, 2016

_____
Hon. Michael W. Fitzgerald
United States District Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

0.0

1

Case No. 2:16-cv-04909 MWF(RAOx)
ORDER GRANTING STIPULATION FOR
DISMISSAL OF ENTIRE ACTION WITH
PREJUDICE